UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANAE COSSETTE-JOHNSON, | Civil No. 3:09-1251-HA |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER of Social Security, | |
| Defendant. | |

HAGGERTY, District Judge:

Plaintiff was the prevailing party in this action and her counsel seeks an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Based on the stipulation by the parties, the court awards attorney fees in the amount of $5,528.91. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Bruce Brewer's address: 419 Fifth Street, Oregon City, OR 97045.

IT IS SO ORDERED.

DATED this 30 day of June, 2011.

/s/ Ancer L. Habberty
Ancer L. Haggerty
United States District Judge

1 -- ORDER